John ERANOSIAN et al., Appellants,

v.

John M. ENGLAND, Trustee of Belmetals
Mfg. Co., Inc., Appellee.

No. 24556.

United States Court of Appeals,
Ninth Circuit. ·

Feb. 19, 1971.

Rehearing Denied March 25, 1971.

Henry Cohn (argued), of Anixter &
Aronson, Burlingame, Cal., for appellant.

John Poppin (argued), of Dinkelspiel
& Dinkelspiel, San Francisco, Cal., for
appellee.

Before KOELSCH and TRASK, Circuit Judges, and BYRNE *, District
Judge.

PER CURIAM:

This is an appeal from an order of
the district judge affirming on review
an order of the referee in bankruptcy
declaring void, by reason of Cal.Corp.
Code section 1707(c), a contract by
Belmetals Mfg. Co., Inc., now a bankrupt, to purchase shares of its own stock
from Mr. and Mrs. John Eranosian and
Mr. and Mrs. Henry Pahland; denying
said shareholders' reclamation petition
to recover from the trustee sums owing
under said contract; and requiring said
shareholders to pay (Cal.Corp. Code §
1715) Belmetals' trustee all payments
made to them pursuant to said contract.

The opinion of the district judge affirming the determination by the
referee appears in 299 F.Supp. 1290
(N.D.Cal.1969) *sub nom.* In re Belmetals Mfg. Co., Inc.

We have carefully reviewed the
judge's decision in the light of the
record and findings of the referee and
are thoroughly convinced that it is correct and that the order should in all
respects be affirmed.

It is so ordered.